NUMBER 13-07-00006-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JUAN ANTONIO CHAVEZ, APPELLANT,


v.



APPOLLONIA CHAVEZ, APPELLEE. 

_____________________________________________________________


On Appeal from the 319th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 This appeal arises from an order denying a bill of review. On January 12, June 27,
and July 13, 2007, the Clerk of this Court advised pro se appellant, Juan Antonio Chavez,
that his notice of appeal failed to comply with the Texas Rules of Appellate Procedure. 
See Tex. R. App. P. 25.1(d), (e). The Court requested correction of the defective notice of
appeal within ten days and advised appellant that the appeal would be dismissed if the
defect was not corrected. See id. 42.3((b),(c). To date, appellant has failed to respond to
the Court's notices and has failed to correct the notice of appeal. Appellant has further
failed to pay required fees as directed by the Clerk of the Court.

 Accordingly, the appeal is DISMISSED for want of prosecution and failure to comply
with notices from the Court. See Tex. R. App. P. 38.8(a)(1); 42.3(b),(c).


 PER CURIAM

Memorandum Opinion delivered 

and filed this the 10th day of April, 2008.